# Third District Court of Appeal

## State of Florida

Opinion filed August 14, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0120
Lower Tribunal No. F20-2693

_____

**Allyn Vento,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 817.034(4)(a), Fla. Stat. ("Any person who engages in a scheme to defraud and obtains property thereby is guilty of organized fraud . . . ."); <u>Id.</u> (3)(b) ("'Obtain' means temporarily or permanently to deprive any person of the right to property or a benefit therefrom, or to appropriate the property to one's own use or to the use of any other person not entitled thereto."); <u>Id.</u> (3)(c) ("'Property' means anything of value, and includes: 1. Real property, including things growing on, affixed to, or found in land; [and] 2. Tangible or intangible personal property, including rights, privileges, interests, and claims . . . ."); <u>see also</u> <u>Tindal v. State</u>, 145 So. 3d 915, 919 (Fla. 4th DCA 2014) ("In moving for acquittal, the defendant admits all facts introduced in evidence, and every fair and reasonable inference must be drawn in favor of the State.").